MICHAEL J. F. SMITH, A PROFESSIONAL CORPORATION
MICHAEL J. F. SMITH (State Bar No. 109426)
JOHN L. MIGLIAZZO (State Bar No. 272066)
1391 West Shaw Avenue, Suite D
Fresno, California 93711
Telephone: (559) 229-3900
Facsimile: (559) 229-3903

Attorneys for Plaintiff
STEPHANIE MARISCAL

KILPATRICK TOWNSEND & STOCKTON LLP
SUSAN W. PANGBORN (State Bar No. 282533)
spangborn@kilpatricktownsend.com
KENDRA C. CHAPMAN (State Bar No. 294030)
kchapman@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: (415) 576 0200
Facsimile: (415) 576 0300

Attorneys for Defendant
AT&T MOBILITY SERVICES LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| STEPHANIE MARISCAL,<br>an individual,<br><br>            Plaintiff,<br><br>   v.<br><br>AT&T MOBILITY SERVICES, LLC,<br>a California Limited Liability Company;<br>and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 1:17-cv-00688-DAD-EPG<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |

1    IT IS HEREBY STIPULATED AND AGREED by and between the parties to this

2  action, by and through their respective counsel of record, that the entire action shall be

3  dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

4  Civil Procedure. Each party is to bear its own costs and fees.

5

6  Dated: February 15, 2018              Respectfully submitted,

7                                        MICHAEL J. F. SMITH,
                                         A PROFESSIONAL CORPORATION
8

9                                        By:  /s/ *John L. Migliazzo* [as authorized on 2/15/2018]
10                                            Michael J.F. Smith
                                             John L. Migliazzo
11
                                         Attorneys for Plaintiff
12                                       STEPHANIE MARISCAL

13

14  Dated: February 15, 2018             Respectfully submitted,

15                                       KILPATRICK TOWNSEND & STOCKTON LLP

16

17                                       By:  /s/ *Susan W. Pangborn*
                                             Susan W. Pangborn
18                                           Kendra C. Chapman

19                                       Attorneys for Defendant
                                         AT&T MOBILITY SERVICES, LLC
20

21

22

23

24

25

26

27

28

<u>**ORDER**</u>

On February 15, 2018, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 25.)  All parties have agreed to the dismissal. In light of the stipulation, the case has ended, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and is dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:  **February 15, 2018**              /s/ *Ellen P. Grange*
                                        UNITED STATES MAGISTRATE JUDGE